## Ershock, Alex

| | |
|---|---|
| **From:** | Christian Waugh <cwaugh@waugh.legal> |
| **Sent:** | Monday, April 6, 2026 10:17 PM |
| **To:** | Ershock, Alex; Avery Dyen; Ranuka Wood; Juan Quintero Bornás |
| **Cc:** | Leto, Jennifer; Maitland, Steffani |
| **Subject:** | Re: CONFERRAL - Lyons Wealth Management v. Wolper - deposition dates for Plaintiff's 30b6 |

> EXTERNAL

May 1 works for us.


--
Christian W. Waugh
Waugh PLLC
201 E. Pine Street, Suite 315
Orlando, FL 32801
321-800-6008: Phone
844-206-0245: Fax
cwaugh@waugh.legal


**From:** Ershock, Alex <Alex.Ershock@lewisbrisbois.com>
**Date:** Monday, April 6, 2026 at 09:53
**To:** Christian Waugh <cwaugh@waugh.legal>, Avery Dyen <adyen@waugh.legal>, Ranuka Wood <rwood@waughgrant.com>, Juan Quintero Bornás <jbornas@waugh.legal>
**Cc:** Leto, Jennifer <Jennifer.Leto@lewisbrisbois.com>, Maitland, Steffani <Steffani.Maitland@lewisbrisbois.com>
**Subject:** CONFERRAL - Lyons Wealth Management v. Wolper - deposition dates for Plaintiff's 30b6

Good morning,

Attached, please find a draft notice of taking deposition of Lyons' 30b6 representative or representatives. The topics are attached as Exhibit A.

Here are my dates of availability (and working under the assumption we will be able to take this deposition in May):

April 21, 24, 27, 30
May 1, 5, 6, 7, 11, 12, 13, 14, 15

Please let me know by Thursday when your representatives will be available.

1



**Alex B.C. Ershock** (he/him)
**Partner**
**Admitted to Practice in Florida**
Alex.Ershock@lewisbrisbois.com

**T: 954.939.3371  F: 954.678.4090**

110 S.E. 6th Street, Suite 2600, Fort Lauderdale, FL 33301  |  **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.