## Ershock, Alex

| | |
|---|---|
| **From:** | Ershock, Alex |
| **Sent:** | Friday, April 10, 2026 11:13 AM |
| **To:** | Christian Waugh; Avery Dyen; Ranuka Wood; Juan Quintero Bornás |
| **Cc:** | Maitland, Steffani; Leto, Jennifer |
| **Subject:** | SERVICE OF COURT DOCUMENT - Lyons Wealth Management, LLC v. Wolper Law Firm, P.A., et al. |
| **Attachments:** | 2026.04.10 - Lyons Wealth - Notice of Taking Videotaped deposition of Plaintiff's 30b6.pdf |

| | |
|---|---|
| **Court in which proceeding is pending:** | United States District Court, Southern District of Florida |
| **Case Number:** | 0:25-cv-61608-MD |
| **Case Name:** | Lyons Wealth Management, LLC v. Wolper Law Firm, P.A., et al. |
| **Document(s) served:** | 1. Notice of Taking Deposition of Plaintiff's 30(b)(6) Representative |
| **Sender's Name & Telephone Number:** | Alex B.C. Ershock, Esq. 954.939.3371 |



**Alex B.C. Ershock** (he/him)
**Partner**
**Admitted to Practice in Florida**
Alex.Ershock@lewisbrisbois.com

**T: 954.939.3371  F: 954.678.4090**

110 S.E. 6th Street, Suite 2600, Fort Lauderdale, FL 33301  |  **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-cv-61608-MD

LYONS WEALTH MANAGEMENT, LLC,

               Plaintiff,

v.

WOLPER LAW FIRM, P.A., and
MATTHEW E. WOLPER,

               Defendant.

## NOTICE OF TAKING VIDEOTAPED DEPOSITION OF PLAINTIFF

TO:   Christian W. Waugh, Esq.
       Waugh PLLC
       201 E. Pine Street, Suite 315
       Orlando, FL 32801

       PLEASE TAKE NOTICE the undersigned attorney will take the deposition of:

| | |
|---|---|
| Name: | Corporate Representative Designated by Plaintiff, Lyons Wealth Management, LLC |
| Date:: | May 1, 2026 |
| Time: | 10:00 a.m. EDT |
| Location: | **Zoom** (link will be provided prior to the deposition). |

       Upon oral examination before Veritext, or any other Notary Public, or any other officer authorized to administer oaths by the laws of the State of Florida and will be recorded by stenographic and video means utilizing digital video and audio equipment. The oral examination will continue from day to day until completed. This

174531026.2

deposition is being taken for the purpose of discovery, for use at trial, or for such other purpose as are permitted under the rules of Court.

Plaintiff is required to designate one or more corporate representatives or individuals to testify about information known or reasonably available to Plaintiff on the subjects listed in the attached Exhibit A.

Dated: April 10, 2026

/s/ *Alex B.C. Ershock*
Alex B.C. Ershock, Esq.
Florida Bar No. 100220
Alex.Ershock@lewisbrisbois.com
Jennifer A. Leto, Esq.
Florida Bar No. 1026229
Jennifer.Leto@lewisbrisbois.com

**Lewis Brisbois Bisgaard & Smith LLP**
110 SE 6th Street Suite 2600
Fort Lauderdale, FL 33301
Telephone: 954.728.1280
Facsimile: 954.728.1282
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 10, 2026, a true and accurate copy of the foregoing has been furnished **VIA E-MAIL ONLY** to **Christian Waugh**, cwaugh@waugh.legal, and **Avery Dyen**, adyen@waugh.legal, WAUGH PLLC, 201 E. Pine St., Suite 315, Orlando, FL, 32801.

BY: _/s/ Alex B.C. Ershock_____
Alex B.C. Ershock, Esq.

174531026.2  2

**Exhibit A – Topics of Inquiry**

1.      Non-trade-secret or non-confidential business information regarding the Lyons Wealth Management, LLC, Enhanced Yield program.

2.      The circumstances under which the Lyons Wealth Management, LLC, Enhanced Yield program might have a negative rate of return over some period of time.

3.      The manner in which the risks of the Lyons Wealth Management, LLC, Enhanced Yield program are disclosed, including any documents setting forth risks

4.      The financial performance (annual and monthly) of the Lyons Wealth Management, LLC, Enhanced Yield program for the years 2020-present

5.      Lyons Wealth Management's Forms ADV or ADV 2A from 2020-present.

6.      The Article, attached as Exhibit A to the complaint.

7.      Every statement from the Article that you contend is defamatory, including the exact text of the statement, and every reason you believe each statement is false.

8.      Every statement from the Article that you contend is false or misleading, including the exact text of the statement, and every reason you believe

174531026.2  3

it is false or misleading, how it had the capacity to deceive consumers, and how you were damaged by each statement

9. The circumstances as to how Lyons Wealth Management, LLC discovered or came to know of the Article, including when and how discovered and from whom.

10. The exact process or processes used to locate the Article at any time prior to the state court complaint's resolution on March 19, 2025, including the use of any search engine and any search terms used, or by direct access to the Firm's website.

11. The exact process or processes used to locate the Article at the time this deposition is taken, including the use of any search engine and any search terms used, or by direct access to the Firm's website.

12. Every time you used any process described in Topics 10 and 11 to access the Article, including dates and times of access, and persons who may have accessed the Article with you.

13. The identity of each business or client relationship that existed prior to the Article's publication that Lyons has lost following the Article's publication and how you believe the Article is responsible for that loss.

174531026.2   4

14.     The identity of each business or client relationship that in all probability would have been completed or consummated but for the Article's publication and how you believe the Article is responsible for that loss.

15.     The identity of every individual outside of Lyons Wealth Management, LLC that communicated with you about the Article.

16.     The state court complaint and its ultimate resolution, *Lyons Wealth Management, LLC v. Wolper Law Firm, P.A.,* Case No. 2025-CA-001746-O (9th Jud. Cir.)

17.     All the ways that you contend the state court settlement agreement was breached.

18.     The balance sheet, profit and loss statement, revenue reports, assets under management and number of clients services for Lyons Wealth Management, from 2020-present.

19.     All complaints made by Lyons customers regarding trade strategies, from 2020-present

20.     Confirmation and additional details for any answers to interrogatories given in response to Matthew Wolper's First Set of Interrogatories.

21.     Additional details relating to any documents produced in response to Matthew Wolper's First Set of Requests to Produce.

174531026.2   5

22.     Additional details relating to any responses to Matthew Wolper's First

Set of Requests for Admission that are not unequivocal admissions.