## Ershock, Alex

| | |
|---|---|
| **From:** | Matthew Wolper <mwolper@wolperlawfirm.com> |
| **Sent:** | Sunday, October 12, 2025 10:07 AM |
| **To:** | Ershock, Alex |
| **Subject:** | Fwd: |

EXTERNAL



Begin forwarded message:

**From:** Sander Read <S.Read@lyonswealth.com>
**Date:** October 11, 2025 at 11:20:21 PM EDT
**To:** Matthew Wolper <mwolper@wolperlawfirm.com>, avicoh@gmail.com


https://protect.checkpoint.com/v2/r01/___https://www.instagram.com/reel/DNn-Pzzu6Re/?igsh=OHczYTE3ejY2bjZw___.YzJ1Omxld2lzYnJpc2JvaXM6YzpvOjRhNDQ4ODkxNjZmM2RmZmQ
5ZDNlYzMyNzczODZjZGExOjc6NjFjZDo1ZGNjMjY4MDczNDIxM2I1MzU3OWIyNDg1MzE4YTBmYjM5N2
UxODRhYzYxZDc1YjkzMzc1ODY2YTc5ZjBkMTYzOnQ6VDpO

Sander Read - CEO
Lyons Wealth Management
407-951-8710

# Instagram

Log In          Sign Up



**ethanlevinsz** ✓ • Follow
Original audio

**ethanlevinsz** ✓  36w
The world will never forget this tragedy, and how the globalists in power allowed it to occur.
#Lebanon #Gaza #Palestine #Arab #Arabic #Iran #Iranian #Persian #Lebanese #Beiruit

**m_le_blanc_** 6d
Can you imagine ; it is estimeted that Hezbollah has between the 80.000 and 150.000 rockets via Iran !!! For what ??? Ohhhh ...... to destroy Israël !!

Like    Reply

**freepalestinefromantichrist** 2w
T.me/Powerfuliranian 🖤 IR
T.me/IslamisTheAnswer ☪ 💚 JOIN US:)
T.me/Saticiew 🔮 🔮

♡ 183.4K    💬 22K

August 21, 2025

Log in to like or comment.

More posts from ethanlevinsz

# Instagram

Log In   Sign Up



Instagram                                                    Log In    **Sign Up**