## Ershock, Alex

**From:** Matthew Wolper <mwolper@wolperlawfirm.com>
**Sent:** Monday, May 4, 2026 12:11 PM
**To:** Ershock, Alex
**Subject:** Fw:

EXTERNAL

*Matt Wolper*
Wolper Law Firm, P.A
1250 S. Pine Island Road
Suite 355
Plantation, FL 33324
Direct Dial - (754).551.7388
Local - (954).406.1231
Toll-Free - (800).931.8452
Fax-(954).271.8361
www.wolperlawfirm.com

**From:** Sander Read <S.Read@lyonswealth.com>
**Sent:** Wednesday, March 4, 2026 12:06 AM
**To:** avicoh@gmail.com <avicoh@gmail.com>; Matthew Wolper <mwolper@wolperlawfirm.com>
**Subject:**

https://www.instagram.com/reel/DVb1ptYDSna/?igsh=OXRic2pqNnVsMW5k

Sander Read - CEO
Lyons Wealth Management
407-951-8710